IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

JAMES FITZPATRICK,

    Plaintiff,

   v.                                                  No. 17-CV-1042-KG-SMV

NEW MEXICO DEPARTMENT OF
CORRECTIONS,

    Defendant.

## FINAL JUDGMENT

Pursuant to Rule 58(a) of the Federal Rules of Civil Procedure, and consistent with the Order of Dismissal Without Prejudice filed contemporaneously herewith, the Court issues its separate judgment finally disposing of this case,

IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED that this civil proceeding is dismissed without prejudice.

_____
UNITED STATES DISTRICT JUDGE